# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**RECIEVED**
UNION CORRECTIONAL INSTITUTION

SEP 15 2016

BY: ~~~~~
FOR MAILING

_ORLANDO_  Division

### CIVIL RIGHTS COMPLAINT FORM

JOHN JAY HAILE, SR.   CASE NUMBER: 6:16-cv-1645-ORL-18-KRS

(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

CAPTAIN FLONNERY, STATE OF FLORIDA

BROWN & BROWN, ETAL. U.S. LIFE INS. CO., ETAL.,

SOCIAL SECURITY ADMINISTRATION, JOHN

MORGAN, THE FLORIDA BAR, S. F. INS. CO., ETAL,
(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

_____ /

2016 SEP 20  PM 2:18
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FILED

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT: UNION T.C.U., F.D.O.C., 7819 N.W. 228TH
(Indicate the name and location)
STREET, RAIFORD, UNION COUNTY, FLORIDA.

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is
required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
administrative grievance process was not completed prior to filing this lawsuit may be subject
to dismissal.**

III. <u>PREVIOUS LAWSUITS:</u>

A.    Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?    Yes (   )    No (✗)

B.    Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?    Yes (   )   No (✗)

C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1.    Parties to previous lawsuit:

        Plaintiff(s): _____

        _____

        Defendant(s): _____

        _____

    2.    Court (if federal court, name the district; if state court, name the county):

        _____

    3.    Docket Number: _____

    4.    Name of judge: _____

    5.    Briefly describe the facts and basis of the lawsuit:_____

        _____

        _____

    6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

        _____

        _____

    7.    Approximate filing date: _____

    8.    Approximate disposition date: _____

D.    Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, NO

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV.  <u>PARTIES:</u>  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff:  JOHN HAILE

Mailing address:  HAILE CHRISTIAN HANCOCK TAYLOR DAWKINS GEFFNER OVERTON &

DAVIS, P.L.L.P. ST. JOHNS COMPLEX, 101 CYPRESS LANDING, ST. JOHNS FL 32259

B.  Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the <u>**full name**</u> of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: CAPTAIN FLONNERY, F.D.O.C., STATE OF FLORIDA

Mailing Address:  THE CAPITOL, TALLAHASSEE, FL 32399

Position:  CAPTAIN

Employed at: CENTRAL FLORIDA RECEPTION CENTER, FL. DEPARTMENT CORRECT.

D.  Defendant: MICHELLE MOLINELLI, LAWYERS PROTECTOR PLAN DROWNE BROWN ZINC, FL. INS. COMM

Mailing Address:  JON MARSHAL ODEN FISHER RUSHMER TALLEY DICKINSON &

DUNLOP, P.A., ORLANDO, FL 32301

Position: _ASS. SECRETARY, GENERAL COUNSEL_

Employed at: _LAWYERS PROTECTION PLAN, BROWN & BROWN, INC., ET AL._

E.   Defendant: _U.S LIFE INSURANCE COMPANY OF NEW YORK IN THE CITY OF NEW YORK_

Mailing Address: _KRISTEN MARIE FIORE, AKERMAN SENTERFITT_

_106 EAST COLLEGE AVENUE, TALLAHASSEE FLORIDA 32301_

Position: _ATTORNEYS_

Employed at: _AKERMAN ET AL._

F.   Defendant: _SOCIAL SECURITY ADMINISTRATION, BARACK OBAMA, UNITED STATES_

Mailing Address: _CAROLYN W. COLVIN COMMISIONER POST OFFICE_

_BOX 33026, BALTIMORE, MD 21290-3026_

Position: _ACTING COMMISSIONER_

Employed at: _SOCIAL SECURITY ADMINISTRATION OFFICE OF EOPERATIONS_

G.   Defendant: _THE FLORIDA BAR, STATE FARM INSURANCE, HIGHLANDS COUNTY, ET AL._

Mailing Address: _ARNE CARL VANSTRUM, KENNETH P. BRYK, A.E. QUITELA_

_K. MARVIN, A.M. CRAFT, J. LOBOZZO, JOHN F. HARKNESS, JR. 1000 LEGION PL. O. FL 32801-1050_

Position: _BAR COUNSEL, STAFF COUNSEL, ATTORNEYS, EXECUTIVE DIRECTOR_

Employed at: _ORLANDO BRANCH OFFICE THE FLORIDA BAR, SUPREME CORT, FLORIDA_

V.   **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

RIGHT TO BE FREE FROM UNJUST UNAUTHORIZED EXCESSIVE ILLEGAL USE OF FORCE SECTIONS TWO, TWENTY ONE, ARTICLE ONE DECLARATION OF RIGHTS FLORIDA CONSTITUTION, AMENDMENTS TO THE U.S. CONSTITUTION, FED OF RAL LAWS A.D.A., P.R.E.A. F.A.C., FLORIDA STATUES AND COMMON LAW, INTERNATIONAL COMMON LAW

VI.   **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

FROM PERHAPS 1, 2007 TO DATE, PLAINTIFFS HAVE SUSTAINED PHYSICAL MENTAL EMOTIONAL AND FINANCIAL DAMAGES IN ST LUCIE MARTIN, OKEECHOBEE PALM BEACH, MIAMI DADE, MONROE, HIGHLANDS, POLK, HENDRY, LEE, HILLSBOROUGH, ORANGE, OSCEOLA, FULLER, PUTNAM, ST JOHNS, DUVAL, COLUMBIA, BRADFORD UNION, LEON, SANTA ROSA AND MARION COUNTIES BY R. CAMPBELL M.D., FAMILY MEDICAL GROUP P.A. TAVERNIER HOSPITAL, FISHERMANS HOSPITAL, FLORIDA HOSPITALS (FOUR) J. ALVAREZ M.D. S.W. FLORIDA NEUROLOGICAL, A. SHYDOUHLE, M.D. JAHANETH BOLARAM M.D, CARLOS GARCIA-PRIETO M.D. JOSE ALVAREZ M.D. D.BEODY, M.D, A. SONNI, M.D. ST. LUCIE SHERIFF OFFICE, MARTIN COUNTY SHERIFFS OFFICE, ST. LUCIE COUNTY JAIL. PIRATES COVE RESORT AND MARINA, HUTCHINSON ISLAND MARIOTT, STATE OF FLORIDA PARKS, VERO BEACH GRADY WHITE, YAMAHA, TAVANIER HYDRO SPORTS, HYDRO SPORTS MANUFACTURER, MONROE COUNTY SHERIFFS OFFICE, LAKE REGIONAL HEALTH CARE SYSTEMS, HOLIDAY INN, HOLIDAY EXPRESS, VENTURE OUT, ICW, P. RATO LAKE PD, J. JENO POLICE DEPARTMENT J. FANSLER, P. WILLIAMS H.C.S. O. SUSAN BENTON, SHERI FF, BAY MARINE P. CRYAN, T. CREEL K. DEESPIES, J. STANGEL CONSTANCE TOLLINS, CLIFFORD P RHODES, JACK P BRANNON, DAVID FISHER, E. BLAKE PAUL CORNEGA MYERI, P. KARLSON, R. NICHOLS, KARLSON LAW GROUP S. CROSBY C. KELLEY. A. FULTON IV K SAPP B. HARRIS III J. ODEN, C BALLENTINE S. KRACHT K, P BAYIK, K. MARVIN, E WICHROWSKI, J. HARKNESS, JR, KREMPER & HARTIG, L. TRACERS, D. REED, B GREEN, M. JOHNSON, D. DESPARTS BRACE, KC ETC. J. KROMHOLZ, LAW FUL PROTECTIVE PLAN, MICHELE MCNEILL, BRIAN E BRAUN A.B.A, A. OE, U.S. LIFE INS, STATE FARM INS. CO, ARKRMAN SENIOR FIT, MOSAPIRE, E BUMDULE, K FIORE, J. MORGAN, B. VEBELE, R. GERMAINE, K. HANCOCK, ASBESTON, TOMASIVO, RAY NORMAN, P. CASON, J. WHEELER, A. RITENOUR, T. COLEMAN, SGT RACHOLL, ET AL., CAPTAIN FLONNER, C. D. BUTLER, JUSTIN DAUGHTERY C.E.R.S. SERGEANT, SECURITY ET AL., SANFORD, C. LILGORE, C. URTEGA, M. NORMAN, J. JONES INDIVIDUAL AND IN SEC. F.D.O. C. STATE OFFICIALDA, R. SCOTT, GOVERNOR, S.S.A., P. MARCUS, D. VIVAS-SAVINES, E. PEREZ LUGO, S MILLER

INDIVIDUALLY OR IN THEIR SUPERVISORY POSITIONS, FAILTO ACTOR ACTED WITH NEGLIGENCE, GROSS NEGLIGENCE FRAUDULENTLY, MAL PRACTICE OR ILLEGAL USE OF FORCE CAUSING PHYSICAL MENTAL EMOTIONAL DISABILITIES FINANCIAL LOSS PAIN AND SUFFERING LOSS OF INSURANCE BENEFITS, THE RESULT OF WHICH ARE PERMANENT AND OTHER INJURIES INCLUDING LOSS OF VISION, LOSS OF HEARING, C.T.E. TOE ANKLE FOOT LEG GENITAL, ABDOMEN CHEST, HEART, FINGERS, WRISTS, ARMS, SHOULDER, NECK, BACK, SPINE, LOWER SPINE HEAD, DENTAL, T.M.J., LOSS OF EIGHT TEETH, EARS, OR ORTHOPEDIC, NEUROLOGICAL RESPIRATORY, ONCOLOGY AND PSYCHOLOGICAL INJURIES OR SYMPTOMS.

DC 225 (Rev 2/2012)

VII.   RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any
       legal arguments or cite any cases or statutes.

COMPENSATORY, PUNITIVE, LOSS OF EARNINGS BELIEF FOR DAMAGES

INCLUDING INTEREST, COSTS AND ATTORNEY'S' FEES AS WELL AS APPELICATE

ATTORNEYS FEES, INTEREST AND COSTS

_____

_____

_____

_____

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this  1 4  day of  SEPTEMBER , 2016 .

_J. Haile_

_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the  1 4 TH
day of  SEPTEMBER , 20 16 .